IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE

KHALID MAHMOOD                             Case No. 08-14395-RGM
                                           Chapter 7
    Debtor

EMC MORTGAGE CORPORATION

    Movant

v.
                                           Motion No.
KHALID MAHMOOD


and

DONALD F. KING, CHAPTER 7
TRUSTEE

    Respondents

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Movant's Motion Seeking Relief from the Automatic Stay, the parties having failed to respond, and good cause having been shown, it is by the United States Bankruptcy Court for the Eastern District of Virginia

ORDERED that the Motion for Relief from Automatic Stay be and it is hereby, entered by Default as to the Debtor(s) and the Chapter 7 Trustee; and be it further

ORDERED that the Automatic Stay be, and it is hereby, terminated pursuant to 11 U.S.C. Section 362(d), to permit Movant to complete foreclosure proceeding against the real property and improvements with a legal description of "Lot 30, Block 3-B Tanners Cluster, Section 50, Reston, as the same appears duly dedicated, platted and recorded in Deed Book 3774, at Page 121 and rededicated and resubdivided in Deed Book 4006, Page 608 among the land records of Fairfax County, VA." also known as 11955 Barrell Cooper Court, Reston, VA 20191 and to allow the successful purchaser to obtain possession of same.

Date: _____                    _____
                                        United States Bankruptcy Judge

                                        Entered on docket:_____

I ask for this:

/s/ Mark D. Meyer
Mark D. Meyer
Rosenberg & Associates, LLC
7910 Woodmont Avenue, Suite 750
Bethesda, Maryland 20814
301-907-8000
VA Bar No. 74290

## Local Rule 9022-1(C) Certification

      The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Mark D. Meyer
Mark D. Meyer

**PARTIES TO RECEIVE COPIES**

Mark D. Meyer, Esquire
Rosenberg & Associates, LLC
7910 Woodmont Avenue, Suite 750
Bethesda, Maryland 20814

Donald F. King
Trustee
9302 Lee Highway
Suite 1100
Fairfax, VA 22031

Khalid Mahmood, Esquire
Law Ofiice of Khalid Mahmood PC
3613-D Chain Bridge Road
Suite D
Fairfax, VA 22030

Khalid Mahmood
3922 Downs Drive
Chantilly, VA 20151